| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| HAYES PAWLENKO LLP<br>Matthew B. Hayes (SBN220639)<br>Kye D. Pawlenko (SBN221475)<br>1414 Fair Oaks Avenue, Suite 2B<br>South Pasadena, CA 91030<br>626.808.4357 | |

ATTORNEY(S) FOR: Plaintiff Luciano Barragan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Luciano Barragan,

Plaintiff(s),

v.

Honeywell International Inc.

Defendant(s)

CASE NUMBER: 2:24-cv-01194-SB-MAR

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Luciano Barragan or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | None |

| 2/14/24 | /s/Kye D. Pawlenko |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Luciano Barragan